```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  DAVID M. HARRIS
    Assistant United States Attorney
 3  Chief, Civil Division
    CEDINA M. KIM
 4  Assistant United States Attorney
 5  Senior Trial Attorney, Civil Division
    MARGARET BRANICK-ABILLA, CSBN 223600
 6  Special Assistant United States Attorney
 7        Social Security Administration
          160 Spear St., Suite 800
 8        San Francisco, CA  94105
          Telephone: (510) 970-4809
 9        Facsimile: (415) 744-0134
10        Email:  Margaret.Branick-Abilla@ssa.gov
    Attorneys for Defendant
11
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| BAO QUOC THIEN NGUYEN,<br><br>        Plaintiff,<br><br>           v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>        Defendant. | No. 8:22-cv-00777-RGK-RAO<br><br>[PROPOSED] ORDER  [25] |

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), IT IS ORDERED that fees in the amount of $4,300.00 as authorized by 28 U.S.C. § 2412 be awarded to Plaintiff subject to the terms of the Stipulation.

DATED: 4/14/2023

_Gary Klausner_
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE